**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KARRISSA G., | |
| Plaintiff, | CIVIL ACTION NO. 3:16-CV-01130 |
| v. | (JUDGE CAPUTO) |
| POCONO MOUNTAIN SCHOOL DISTRICT, | |
| Defendant. | |

## ORDER

**NOW**, this 11th day of December, 2017, **IT IS HEREBY ORDERED** that:

(1) The Motion for Judgment on the Administrative Record filed by Plaintiff Karrissa G. (Doc. 20) is **DENIED**.

(2) The Motion for Judgment on the Administrative Record filed by Defendant Pocono Mountain School District (Doc. 18) is **GRANTED**.

(3) Judgment is **ENTERED** in favor of Defendant and against Plaintiff.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge